**DISMISS and Opinion Filed June 15, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01114-CV

### FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant
### V.
### TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00767-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. In February 2020, we abated this case due to Frisco Athletic Network Inc.'s bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on December 4, 2020, effectively dissolving the automatic stay.

We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the

failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b), (c); *Tex. Bus. Telecomm. Servs., Inc. v. Potomac Leasing Co.*, 2021 WL 1783104, at *1 (Tex. App.—Dallas May 5, 2021, no pet. h.) (mem. op.).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191114F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant

No. 05-19-01114-CV      V.

TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas Trial Court Cause No. 004-00767-2018.

Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered June 15, 2021